### In re NAGY'S ESTATE.

(Surrogate's Court, New York County. July 31, 1909.)

AMBASSADORS AND CONSULS (§ 5*)—FOREIGN CONSUL GENERAL—REPRESENTATION OF NONRESIDENT ALIENS.

Under the treaty between Austria-Hungary and the United States, giving the representatives of the former country all of the prerogatives and privileges granted to the same functionaries of the most favored nation, the consul general of Austria-Hungary is entitled to represent and appear for all nonresident alien next of kin who are subjects of Austria-Hungary and interested in an estate in this country.

[Ed. Note.—For other cases, see Ambassadors and Consuls, Cent. Dig. §§ 12–15; Dec. Dig. § 5.*]

In the matter of the estate of Alexander Nagy. Administrator appointed as stated.

COHALAN, S. The consul general of Austria-Hungary, by virtue of the requirements of the treaty between that country and the United States, which secures him all the prerogatives and privileges granted to the functionaries of the same class of the most favored nation, is entitled to represent and appear for all of the nonresident alien next of kin interested, who are citizens or subjects of Austria-Hungary. Estates of Domenico Iaro and Donato D'Eusibio, Surr. Decs. 1908, p. 960, and cases cited in these decisions.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes